■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN RISPOLI, Appellant. [641 NYS2d 693] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Kuffner, J.), rendered March 7, 1994, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was convicted of murder in the second degree

for intentionally choking a woman to death. A police officer testified at the trial that the defendant offered to help with the investigation and voluntarily accompanied her to the precinct. Later, while discussing his meeting with the victim the previous evening, the defendant said "I choked her". Upon making the statement, the defendant was given *Miranda* warnings (*see, Miranda v Arizona,* 384 US 436), and thereafter gave a detailed confession. At trial, the court instructed the jury to consider the adequacy of the *Miranda* warnings and the voluntariness of the defendant's post-*Miranda* confession. On appeal, the defendant challenges the court's failure to instruct the jury to also consider the voluntariness of the defendant's pre-*Miranda* statement. However, by not specifically requesting a jury instruction to consider the voluntariness of the defendant's pre-*Miranda* statement, or objecting to the charge on this ground, the defendant failed to preserve this issue for appellate review (*see,* CPL 470.05 [2]; *People v Cerrato,* 24 NY2d 1, 10). Miller, J. P., O'Brien, Copertino and Pizzuto, JJ., concur.